CHRIS J. RICHARDSON, ESQ.
Nevada Bar No. 9166
E-mail: Chris.Richardson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Dreamscape Flamingo Road Management, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Anita Scott, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Dreamscape Flamingo Road Management, LLC dba Rio Hotel & Casino, a Domestic Limited-Liability Company; Does 1-20 and Roe Business Entities 1-20, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-2031<br><br>**Defendant's Motion to Remove from Service List** |

Defendant requests removing attorneys Michael Lowry and Jonathan Pattillo from the CM/ECF electronic service list. Michael Lowry and Jonathan Pattillo are no longer working this file.

DATED this 9th day of September, 2026

BY: */s/ Chris Richardson*
CHRIS J. RICHARDSON
Nevada Bar No. 9166
Attorney for Dreamscape Flamingo Road Management, LLC

**Certificate of Service**

Pursuant to FRCP 5, I certify that on September 9, 2026, I served **Defendant's Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

Morgan & Morgan
6725 Via Austi Pkwy Suite 275
Las Vegas, NV 89119
Attorneys for Plaintiff

BY: */s/ Katrina Leaver*
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

IT IS SO ORDERED.

DATED: 9/10/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



344508215v.1